1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| URIEL GONZALEZ, | ) | No. C 13-1142 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL BRAZELTON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has dismissed this action without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: ___6/3/13___

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.13\Gonzalez142jud.wpd